**DISMISS; and Opinion Filed November 30, 2018.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

_____

### No. 05-17-00893-CV
_____

**MY THREE SONS, LTD., MY THREE SONS MANAGEMENT, LLC, PRESTONWOOD OB/GYN ASSOCIATES, P.A., CHRISTOPHER RIEGEL, MD, P.A., AND CHRISTOPHER RIEGEL, Appellants**

**V.**

**MANHATTAN CONSTRUCTION COMPANY, Appellee**

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-00626-2017**

## MEMORANDUM OPINION

Before Justices Evans, Boatright, and O'Neill[1]
Opinion by Justice Boatright

Before the Court is the motion of appellants My Three Sons, Ltd., My Three Sons Management, LLC, Prestonwood Ob/Gyn Associates, P.A., Christopher Riegel, MD, P.A., and Christopher Riegel to dismiss the appeal.

We grant the motion and dismiss the appeal. TEX. R. APP. P. 42.1(a).

/Jason Boatright/
JASON BOATRIGHT
JUSTICE

170893F.P05

_____

[1] The Hon. Michael J. O'Neill, Justice, Assigned



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

MY THREE SONS, LTD., MY THREE
SONS MANAGEMENT, LLC,
PRESTONWOOD OB/GYN
ASSOCIATES, P.A., CHRISTOPHER
RIEGEL, MD, P.A., AND CHRISTOPHER
RIEGEL, Appellants

No. 05-17-00893-CV     V.

MANHATTAN CONSTRUCTION
COMPANY, Appellee

On Appeal from the 380th Judicial District
Court, Collin County, Texas
Trial Court Cause No. 380-00626-2017.
Opinion delivered by Justice Boatright.
Justices Evans and O'Neill participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Subject to an agreement by the parties to a different division of costs, it is **ORDERED** that appellee MANHATTAN CONSTRUCTION COMPANY recover its costs of this appeal from appellants MY THREE SONS, LTD., MY THREE SONS MANAGEMENT, LLC, PRESTONWOOD OB/GYN ASSOCIATES, P.A., CHRISTOPHER RIEGEL, MD, P.A., AND CHRISTOPHER RIEGEL.

Judgment entered this 30th day of November, 2018.